# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LATEEF DOTSON, Through DIANE C. DOUGLAS (estate administrator and individually), | : : : : : |
| Plaintiffs, | : Civil Action No.: 1:24-cv-00748-JLH : : (Removed from the Superior Court of : the State of Delaware, No. N24C-05-017 : EMD) |
| v. | : |
| DAIMLER TRUCK NORTH AMERICA LLC, and JOHN DOES 1-20, | : TRIAL BY JURY OF TWELVE : DEMANDED : : |
| Defendants. | : |

## DEFENDANT DAIMLER TRUCK NORTH AMERICA LLC'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A)

Defendant Daimler Truck North America LLC hereby moves the Court to transfer this case to the United States District Court for New Jersey, Trenton Division, pursuant to 28 U.S.C. § 1404(a). The grounds for this motion are set forth in the Opening Brief in Support of Defendant's Motion to Transfer Venue filed herewith.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated:  August 1, 2024

Respectfully submitted,

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Antoinette D. Hubbard*
Paul A. Bradley (DE Bar ID No. 2156)
Antoinette D. Hubbard (DE Bar ID No. 2308)
1201 N. Market Street, Suite 1100
P.O. Box 288
Wilmington, DE  19899-0288
Telephone:  (302) 425-5177
Facsimile:   (302) 425-0180
pab@maronmarvel.com
adh@maronmarvel.com
*Counsel for Daimler Truck North America, LLC*