IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LATEEF DOTSON, Through DIANE C. DOUGLAS (estate administrator and individually), <br><br> Plaintiffs, <br><br> v. <br><br> DAIMLER TRUCK NORTH AMERICA LLC, and JOHN DOES 1-20, <br><br> Defendants. | Civil Action No.: 1:24-cv-00748-JLH <br><br> (Removed from the Superior Court of the State of Delaware, No. N24C-05-017 EMD) <br><br> TRIAL BY JURY OF TWELVE DEMANDED |

**[PROPOSED] ORDER**

WHEREAS, Daimler Truck North America LLC ("Defendant") moves this Court to transfer this case to the United States District Court for the District of New Jersey, Trenton Division, pursuant to 28 U.S.C. § 1404(a) (the "Motion"); and

WHEREAS, the Court having considered the Motion and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2024, that the Defendant's Motion is GRANTED and this action shall be transferred to the United States District Court for the District of New Jersey, Trenton Division.

                                                                                                                        _____
                                                                                                                        The Honorable Jennifer L. Hall