IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LATEEF DOTSON, Through DIANE C. DOUGLAS (estate administrator and individually), | : : : : : Civil Action No.: 1:24-cv-00748-JLH |
| Plaintiffs, | : : (Removed from the Superior Court of : the State of Delaware, No. N24C-05-017 |
| v. | : EMD) : |
| DAIMLER TRUCK NORTH AMERICA LLC, and JOHN DOES 1-20, | : TRIAL BY JURY OF TWELVE : DEMANDED : : |
| Defendants. | : |

## CERTIFICATION PURSUANT TO D. DEL. LOCAL RULE 7.1.1

Pursuant to D. Del. Local Rule 7.1.1, the undersigned hereby certifies that counsel for Daimler Truck North America LLC has conferred with counsel for Plaintiff regarding the relief sought in Defendant's Motion to Transfer Venue. On July 11, 2024, the undersigned counsel advised Plaintiff's counsel that Defendant planned to file a motion to transfer venue so this case could proceed in the same venue as related cases. On Friday, July 26, 2024, during a teleconference held about this matter, Plaintiff's counsel stated that Plaintiff would challenge Defendant's proposed change of venue. Plaintiff thus opposes the relief sought in the Motion.

Dated:  August 1, 2024         Respectfully submitted,

                                                 **MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

                                                 */s/ Antoinette D. Hubbard*
Paul A. Bradley (DE Bar ID No. 2156)
Antoinette D. Hubbard (DE Bar ID No. 2308)
1201 N. Market Street, Suite 1100
P.O. Box 288
Wilmington, DE  19899-0288
Telephone:  (302) 425-5177
Facsimile:   (302) 425-0180
pab@maronmarvel.com
adh@maronmarvel.com
*Counsel for Daimler Truck North America, LLC*