# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LATEEF DOTSON, Through DIANE C. DOUGLAS (estate administrator and individually), | : : : : |
| Plaintiffs, | : Civil Action No.: 1:24-cv-00748-JLH : |
| v. | : (Removed from the Superior Court of : the State of Delaware, No. N24C-05-017 : EMD) |
| DAIMLER TRUCK NORTH AMERICA LLC, and JOHN DOES 1-20, | : : TRIAL BY JURY OF TWELVE : DEMANDED : : |
| Defendants. | : |

## WORD COUNT CERTIFICATION

The undersigned hereby certifies that the Opening Brief in Support of Defendants' Motion to Transfer contains 3,233 words (exclusive of the cover page, table of contents, table of authorities, and signature block) in Times New Roman 14-point font, counted using Microsoft Word.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated: August 1, 2024

Respectfully submitted,

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Antoinette D. Hubbard*
Paul A. Bradley (DE Bar ID No. 2156)
Antoinette D. Hubbard (DE Bar ID No. 2308)
1201 North Market Street, Suite 1100
P.O. Box 288
Wilmington, DE 19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
pab@maronmarvel.com
adh@maronmarvel.com
*Counsel for Daimler Truck North America, LLC*

2