# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LATEEF DOTSON, Through DIANE C. DOUGLAS (estate administrator and individually), <br><br> Plaintiffs, <br><br> v. <br><br> DAIMLER TRUCK NORTH AMERICA LLC, and JOHN DOES 1-20, <br><br> Defendants. | Civil Action No.: 1:24-cv-00748-JLH <br><br> (Removed from the Superior Court of the State of Delaware, No. N24C-05-017 EMD) <br><br> TRIAL BY JURY OF TWELVE DEMANDED |

## DECLARATION OF ANTOINETTE D. HUBBARD IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(A)

I, Antoinette D. Hubbard, declare as follows:

1. I am a Member of Maron Marvel Bradley Anderson & Tardy LLC, counsel for Defendant Daimler Truck North America LLC ("DTNA") in this matter. I make this declaration based upon my personal knowledge and upon information and belief based on the review of pertinent civil case dockets and documents.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Complaint, Transaction ID 72874508, filed May 1, 2024, with the Superior Court of the State of Delaware for New Castle County, Civil Action No. N24C-05-017 EMD.

3. Attached hereto as Exhibit B is a true and correct copy of DTNA's Notice to Prothonotary and Adverse Party of Filing of Notice of Removal, Transaction ID 73474555, filed June 24, 2024, with the Superior Court of the State of Delaware for New Castle County, Civil Action No. N24C-05-017 EMD.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Complaint, filed January 16, 2024, with the U.S. District Court of New Jersey for Trenton Division, *Estate of LaTeef J. Dotson v. Viewpoint Leasing, Inc., et al.*, Civil Action No. 3:24-cv-00255-ZNQ-TJB.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiffs' Complaint, filed October 20, 2023, with the U.S. District Court of Pennsylvania for Eastern District, *Estate of LaTeef J. Dotson v. and Gary W. Gray Trucking, Inc., et al.*, Civil Action No. 5:23-cv-04072-JFL.

6. Attached hereto as Exhibit E is a true and correct copy of the Honorable Judge Joseph F. Leeson, Jr.'s Opinion, filed March 19, 2024, in the U.S. District Court of Pennsylvania for Eastern District, in the matter of *Estate of LaTeef J. Dotson v. and Gary W. Gray Trucking, Inc., et al.*, Civil Action No. 5:23-cv-04072-JFL.

7. Attached hereto as Exhibit F is a true and correct copy of DTNA's Corporate Disclosure Statement, filed June 26, 2024, with the U.S. District Court

of Delaware in the case of the *Estate of LaTeef J. Dotson v. Daimler Truck North America LLC, and John Does 1-20*, Civil Action No. 1:24-cv-00748-JLH.

8. Attached hereto as Exhibit G is a true and correct copy of the New Jersey Police Crash Investigation Report by Trooper A. Duncan, Badge No. 8725, for date of crash, May 2, 2022, Case No. 220384250.

9. Attached hereto as Exhibit H is a true and correct copy of Plaintiffs' Motion for Change of Venue, filed March 3, 2024, with the U.S. District Court of Pennsylvania for Eastern District, in the case of the *Estate of LaTeef J. Dotson v. and Gary W. Gray Trucking, Inc., et al.*, Civil Action No. 5:23-cv-04072-JFL.

10. Attached hereto as Exhibit I is a true and correct copy of the Autopsy Report (redacted) of LaTeef Javon Dotson, by Di Wang, MD as Medical Examiner for the State of New Jersey, County of Morris, Department of Law & Public Safety, Case No. 21-22-0141.

11. Attached hereto as Exhibit J is a true and correct copy of Table C-5 for U.S. District Court - Federal Judicial Caseload Statistics 2024 Tables, at https://www.uscourts.gov/statistics-reports/federal-judicial-caseload-statistics-2024-tables.

I hereby swear and affirm under the laws of the United States of America and the state of Delaware that the foregoing is true and correct to the best of my knowledge, information, and belief.

*/s/ Antoinette D. Hubbard*
Antoinette D. Hubbard (DE Bar ID No. 2308)

4